

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00131-CR

STEVEN LYONS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 85th District Court
Brazos County, Texas
Trial Court No. 12-04831-CRF-85, Honorable J. D. Langley, Presiding

June 4, 2014

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before the court is the motion of appellant Steven Lyons to dismiss his appeal. Appellant and his attorney have both signed the motion. TEX. R. APP. P. 42.2(a). No decision of this court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.